UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re
HAROLD MCCRAY
JOHNNIE TIMMONS MCCRAY
    Debtor(s)

Case No: 18-30265-WRS
Chapter 13

## TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

    The debtor's Chapter 13 case was filed on January 31, 2018. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Monday, April 23, 2018, and on that date the Court ordered the plan confirmed.

    Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

   Amount of debtor(s) plan payments:
   **DEBTOR PAY SCHEDULE**

   | DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
   |---|---|---|---|---|
   | HAROLD MCCRAY | HAROLD MCCRAY | 1,600.00 | MONTHLY | 03/02/2018 |

   Period of payments: 56 months or until 100.00% is paid on allowed unsecured claims.

   Payable to:   **Chapter 13 Trustee**
                 **P. O. Box 613108**
                 **MEMPHIS TN 38101-3108**

2. Senior expenses and Administrative claims to be paid:

### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $3,000.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $0.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $28.52 |
| Clerk of Court | Filing Fee | $260.00 |

### SECURED, PRIORITY AND SPECIAL CLAIMS

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| MAX FEDERAL CREDIT UNION | N | $28,050.00 | 5.25 % | $1,348.00 |

In re  Case No: 18-30265-WRS
HAROLD MCCRAY  Chapter 13
JOHNNIE TIMMONS MCCRAY
      Debtor(s)

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Tuesday, April 24, 2018.

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Standing Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Tuesday, April 24, 2018.

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Standing Trustee